IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JAMES MICHAEL DEAL, individually and as Trustee of James M Deal Revocable Trust on Behalf of the Deal Children | § § § | CIVIL ACTION NO. 6:13CV155 |
| v. | § | |
| SANDRA K. ROBERTS, *et al.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (document #7) recommends that the complaint be dismissed with prejudice for failure to state a claim upon which relief may be granted pursuant to Fed.R.Civ.P. 12(b)(6). An acknowledgment of receipt card reveals that Plaintiff received the Report and Recommendation on April 30, 2013. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the complaint is **DISMISSED** with prejudice pursuant to Fed.R.Civ.P. 41. Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 22nd day of May, 2013.**



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE